UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

---

Lietzke

-v-

City of Montgomery, et al

U.S.C.A. # _____

U.S.D.C. # __07-cv-8512__

JUDGE: __KMW__

DATE: __Oct. 30, 2007__

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES -----------------------------------------

DOCUMENT DESCRIPTION                                               DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **
** ALL OTHERS MISSING AT THIS TIME **

Balance of file transferred to Middle District of Alabama

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __30th__ Day of __October__, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

*Lietzke*

-v-

*City of Montgomery, et al*

U.S.C.A. # _____

U.S.D.C. # 07-cv-8512

JUDGE: KMW

DATE: 07.30.2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **3** Through **4**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                              Document Description

_____

_____

**BALANCE OF FILE MISSING AT THIS TIME**

*Balance of File transferred to Middle District of Alabama.*

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **30th** Day of **Oct.** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, PRO-SE

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:07-cv-08512-KMW
# Internal Use Only

Lietzke v. City of Montgomery et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 10/02/2007
Date Terminated: 10/02/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Bill Lietzke.(mbe) (Entered: 10/11/2007) |
| 10/02/2007 | 2 | COMPLAINT against City of Montgomery, ABC, Bobby Bright, Art Baylor, DEF, Police Officers Employed by the City of Montgomery who are responsible for all incidents referred to in the complaint, All others whose true names and legal discriptions are otherwise unknown to the plaintiff. Document filed by Bill Lietzke.(mbe) (Entered: 10/11/2007) |
| 10/02/2007 |   | Magistrate Judge Debra C. Freeman is so designated. (mbe) (Entered: 10/11/2007) |
| 10/02/2007 | 3 | ORDER; For reasons set forth in this order, this action is transferred to the United States District Court for the Middle District of Alabama. The Clerk of Court shall file and docket the complaint without payment of fees. Whether plaintiff should be permitted to proceed further without payment of fees is a determination to be made by the transferee court. That provision of Rule 83.1 of the Local Rules for the Southern District of New York which requires a five day delay is waived. A summons shall not issue from this Court. Mailed by FED EX 8582 4870 3430.(Signed by Judge Kimba M. Wood on 10/02/2007) (jeh) (Entered: 10/16/2007) |
| 10/23/2007 |   | Received a letter from the United States District Court - Middle District of Alabama acknowledging receipt of the entire file and assigned Case Number: 2:07cv932-WKW. (rdz) (Entered: 10/23/2007) |
| 10/23/2007 | 4 | NOTICE OF APPEAL from [3] Order. Document filed by Bill Lietzke. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 10/29/2007) |
| 10/23/2007 |   | Appeal Remark as to [4] Notice of Appeal filed by Bill Lietzke. $455.00 APPEAL FEE DUE. (tp) (Entered: 10/29/2007) |
| 10/29/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (tp) (Entered: 10/29/2007) |
| 10/29/2007 |   | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (tp) (Entered: 10/29/2007) |